## MOSLEY *v.* UNITED STATES

No. 97-7213. Argued October 14, 1998—Decided December 8, 1998

*Donald J. McCauley* argued the cause for petitioner. With him on the briefs were *Richard Coughlin, Jeffrey T. Green,* and *Joseph S. Miller.*

*David C. Frederick* argued the cause for the United States. With him on the brief were *Solicitor General Waxman, Assistant Attorney General Robinson, Deputy Solicitor General Dreeben,* and *Thomas E. Booth.*\*

PER CURIAM.

The Court is advised that the petitioner died in Springfield, Missouri, on November 16, 1998. The Court's order granting the writ of certiorari, see 523 U. S. 1019 (1998), therefore is vacated, and the petition for certiorari is dismissed. See *United States* v. *Green,* 507 U. S. 545 (1993) *(per curiam).*

*It is so ordered.*

---

\*Briefs of *amici curiae* urging reversal were filed for the Association of Criminal Defense Lawyers in New Jersey by *Chester M. Keller;* and for the National Association of Criminal Defense Lawyers by *Alan L. Zegas* and *David M. Porter.*